# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MEREDITH D. FISHER,**

    *Plaintiff,*

v.                                     **CASE NO.: 1:20cv167-MW/GRJ**

**JOSEPH A. HENDERSON,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's 'Complaint to Require Performance of a Contract to Convey Real Property," ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction and for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on October 26, 2020.**

                                                     **s/Mark E. Walker**
                                                   **Chief United States District Judge**